# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy and Kimberly Denais, | Civil No. 05-1015 (RHK/AJB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Northwest Airlines, Inc., a Minnesota corporation, | |
| Defendant. | |

Based upon the foregoing Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The above-entitled action is **REMANDED** to the Hennepin County District Court, Fourth Judicial District of the State of Minnesota without costs to either party; and

2. The Clerk of this Court shall mail a certified copy of this Order to the Clerk of the Hennepin County District Court.

Dated: August 9, 2005

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge